```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE VERNE,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

    Defendants.

21-CV-5427 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold a pre-settlement telephonic conference with counsel only on **November 16, 2023, at 3:00 p.m.** A few minutes before the scheduled time, counsel shall call (888) 557-8511 and enter access code 7746387.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**